# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

### UNDER SEAL

In the Matter of the Search of:

The person of ███████████ further described in Attachment A1

Case Number:

**21M 574**

## SEARCH AND SEIZURE WARRANT

To: Gregory B. Linder and any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the Northern District of Illinois:

**See Attachment A1**

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal:

**See Attachment B1**

**YOU ARE HEREBY COMMANDED** to execute this warrant on or before <u>September 21, 2021</u> in the daytime (6:00 a.m. to 10:00 p.m.).

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to the issuing United States Magistrate Judge.

Date and time issued: <u>September 7, 2021</u> 11:55 AM    _[signed] Maria Valdez_
                                                                                            *Judge's signature*

City and State: <u>Chicago, Illinois</u>    MARIA VALDEZ, U.S. Magistrate Judge
                                                     *Printed name and title*

| Return | | |
|---|---|---|
| Case No: | Date and Time Warrant Executed: | Copy of Warrant and Inventory Left With: |

Inventory made in the presence of:

Inventory of the property taken and name of any person(s) seized:

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: _____

_____
*Executing officer's signature*

_____
*Printed name and title*

## ATTACHMENT A1

## DESCRIPTION OF ITEM TO BE SEARCHED

1. ███████████████, who appears to be approximately 5'8" in height and 200 pounds in weight, as further described in the photograph below, but limited to the search and seizure of the cellular telephone further described in Attachment B below.



## ATTACHMENT B1

## LIST OF ITEMS TO BE SEIZED

Instrumentality involved in violations of Title 18, United States Code, Section 666(a)(1)(B) and 666(a)(2), as follows:

1. The gray Apple iPhone XS bearing IMEI number 357202093093541 and assigned telephone number ▇▇▇▇▇▇▇ (the "**Subject Phone**").